**Robert R. Beucler, Esq., (005224)**
**PHILLIPS & ASSOCIATES**
3030 North Third Street, Suite 1100
Phoenix, AZ 85012
Phone: (602) 258-8900
Fax: (602) 264-7892
Email: robertb@phillipslaw.ws
Attorneys for Debtor(s)

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 Proceedings |
| THOMAS J. HAGGERTY, | Case No: 2:05-bk-17574-CGC |
| Debtor(s) | AMENDMENT TO SCHEDULE B |

     DEBTOR(S), Thomas J. Haggerty, by and through counsel undersigned, hereby amend Schedule(s) B as follows:

    #20) Other Contingent & Unliquidated Claims of Every Nature;
    Robert Alexander (currently incarcerated in Florence Prison, Arizona)
    Potential Claim, $$83,000.00. (Ponzi type scam)

    This amendment is pursuant to the Federal Rules of Bankruptcy Procedure 1009.

    Dated: July 8, 2006         PHILLIPS & ASSOCIATES

                              By:  /s/ RB    (005224)
                                    Robert D. Beucler, Esq. (005224)
                                    3030 North Third treet, Suite 1100
                                    Phoenix, AZ 85012

    The Debtor(s) affirm(s) under penalty of perjury that this Amendment is true and correct to the best of their knowledge, information, and belief.

    Dated: July 5, 2006            /s/ Thomas J. Haggerty
                                    Thomas J. Haggerty, Debtor

Copy of the foregoing mailed July 8, 2006 to the parties listed below:

David A. Birdsell, Trustee, 216 N. Center , Mesa, AZ, 85201.
Office of the U.S. Trustee, 230 N. 1st Ave. Ste. #204, Phoenix, AZ 85003-1725
Thomas Haggerty, 7514 N. Sacaton,, Scottsdale, AZ, 85258.


By:    /s/ tam
          Tracy A. Maruska, Legal Assistant

-1-