**Robert D. Beucler, Esq. (005224)**
**Robert R. Teague, Esq. (019329)**
**PHILLIPS & ASSOCIATES**
3030 North Third Street, Suite 1100
Phoenix, AZ 85012
Phone: (602) 258-8900
Fax: (602) 264-7892
Email: robertb@phillipslaw.ws
Attorneys for Debtor(s)

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 Proceedings |
| THOMAS J. HAGGERTY, | Case No: 2:05-bk-17574-CGC |
| Debtor(s) | AMENDMENT TO STATEMENT OF FINANCIAL AFFAIRS QUESTION NUMBER 8 and 10a. |

DEBTOR(S), Thomas J. Haggerty, by and through counsel undersigned, hereby amends the Statement of Financial Affairs questions number eight (8) and ten a.(10a.) to reflect the correct information as detailed below:

1.) <u>Question number 8, Losses.</u>
Description and Value: Approximately $42,000.00.
Circumstances: Gambling Loss.
Date of Loss: March of 2005.

2.) <u>Question number 10a, Transfers of Property.</u>
Description and Value: Approximately $42,000.00.
Transferee, and Relationship to Debtor: Third Parties, No Relationship to Debtor.
Used as to satisfy gambling and various other debts.
Date of Transfer: March 25, 2005.

This amendment is pursuant to the Federal Rules of Bankruptcy Procedure 1009.

Dated: <u>November 2, 2006</u>         PHILLIPS & ASSOCIATES


By:  /s/ RB  (005224)
     Robert D. Beucler, Esq. (005224)
     3030 North Third Street, Suite 1100
     Phoenix, AZ 85012

The Debtor(s) affirm(s) under penalty of perjury that this Amendment is true and correct to the best of their knowledge, information, and belief.

Dated: 11/02/06                                             /s/Thomas J. Haggerty, Debtor
                                                            Thomas J. Haggerty, Debtor

Copy of the foregoing mailed November 2, 2006 to the parties listed below:

David A. Birdsell, Trustee, 216 N. Center , Mesa, AZ, 85201.
Office of the U.S. Trustee, 230 N. 1st Ave. Ste. #204, Phoenix, AZ 85003-1725
Thomas Haggerty, 7514 N. Sacaton,, Scottsdale, AZ, 85258.
Theodore P. Witthoft, Collins, May, Portenz, Baran & Gillespie, PC., 201 North Central Avenue, #2210, Phoenix, AZ 85073-0022

By:    /s/ TAM
       Tracy A. Maruska, Legal Assistant