In re: ) Chapter 7     Fees previously requested: None     Name of Applicant: Theodore P. Witthoft (021632) Collins, May, Potenza, Baran & Gillespie, PC

Thomas J. Haggerty, ) No. 2:05-bk-17574-CGC     Fees previously awarded: None

    Debtor. )     Expenses previously requested: None     Role in this case: Attorneys for Trustee, David A. Birdsell
    Expenses previously awarded: None     Current application: Fee Request: $5,485.00
) (To Be Noticed With Trustee's Final Report)     Expense Request: $105.44
    Total Requested: $5,590.44

## APPLICATION FOR ALLOWANCE AND PAYMENT OF TRUSTEE'S ATTORNEYS' FEES AND EXPENSES
### NOVEMBER 16, 2005 THROUGH JUNE 29, 2007

| Professionals/ Paraprofessionals | Year Admitted to Practice | Hours Billed | CMPBG Rate | Total For Application |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Daniel P. Collins | 1983 | 1.2 | $280 | $336.00 |
| Margaret A. Gillespie | 1990 | | | |
| Maureen P. Henry | 1988 | | | |
| **ASSOCIATES** | | | | |
| Theodore P. Witthoft | 2001 | 25.4 | $185 | $4,699.00 |
| **PARAPROFESSIONALS** | | | | |
| Denine R. Downs | | 3.6 | $125 | $450.00 |
| **TOTAL:** | | **30.2** | | **$5,485.00** |

TOTAL BLENDED HOURLY RATE (Excluding paraprofessionals): **$189.28**     TOTAL FEES AND COSTS: **$5,590.44**

| DESCRIPTION: | TOTAL HOURS BILLED: | TOTAL AMOUNT FOR APPLICATION: |
|---|---|---|
| Case Administration | 20.0 | $3,707.50 |
| Fee/Employment Applications | 2.3 | $287.50 |
| Stay Litigation | 0.6 | $111.00 |
| Transfer Avoidance Litigation | 0.8 | $176.50 |
| Turnover Litigation | 6.5 | $1,202.50 |
| **TOTAL:** | **30.2** | **$5,485.00** |

Daniel P. Collins (State Bar Id No. 009055)
Theodore P. Witthoft (State Bar I.D. No. 021632)
**COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.**
201 North Central Avenue, Suite 2210
Phoenix, Arizona 85004-0022
Telephone: (602) 252-1900
Facsimile: (602) 252-1114

Attorneys for Trustee, David A. Birdsell

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

THOMAS J. HAGGERTY,

Debtor.

Chapter 7

No. 2:05-bk-17574-CGC

**APPLICATION FOR ALLOWANCE AND PAYMENT OF TRUSTEE'S ATTORNEYS' FEES AND EXPENSES**

**(To Be Noticed With Trustee's Final Report)**

Pursuant to § 330 of the United States Bankruptcy Code, the Chapter 7 trustee, David A. Birdsell ("Trustee"), by and through his attorneys Collins, May, Potenza, Baran & Gillespie, P.C. ("CMPBG"), hereby applies for allowance and payment of the Trustee's attorneys' fees and expenses incurred in connection with the above-captioned chapter 7 proceedings. CMPBG has represented the Trustee from November 16, 2005 to date. This fee application is for fees in the amount of $5,485.00 and costs in the amount of $105.44 from November 16, 2005 through June 29, 2007.

**A.   BACKGROUND**

1. The Debtor filed his Chapter 7 petition on September 13, 2005.

2. CMPBG commenced services for the Trustee on November 16, 2005. The Trustee filed his application to employ CMPBG on November 21, 2005, and this Court approved the application on November 23, 2005.

1

3. CMPBG agreed to work for the Trustee on an hourly basis and were to be paid only from assets of this chapter 7 estate. No retainers were ever paid nor were any caps or limitations ever established for the fees or other charges to be billed by the firm.

4. The following is a list of the hourly rates charged in this case by all attorneys and paraprofessionals at CMPBG. The rates shown here were identified in the application to employ CMPBG. The rates charged in this case are the same rates generally charged for similar services to this firm's non-bankruptcy clients.

| Attorneys | Year First Admitted | Hourly Rate |
|---|---|---|
| Dorothy B. Baran | 1987 | $250 |
| Daniel P. Collins | 1983 | $280 |
| Margaret A. Gillespie | 1990 | $250 |
| Maureen P. Henry | 1988 | $225 |
| Philip G. May | 1985 | $250 |
| Amy J. Popham | 2001 | $185 |
| Austin D. Potenza II | 1982 | $250 |
| Michael T. Reynolds | 1995 | $250 |
| Theodore P. Witthoft | 2001 | $185 |
| Legal Assistants | | $125 |
| Litigation Assistants | | $35 |

5. This is the first application for allowance and payment of fees and expenses incurred by CMPBG in this case. This will most likely be the final application for Trustee's counsel.

6. This application is not filed less than 120 days after the order for relief nor within 120 days after a prior application to this Court.

7. This application is for fees and expenses incurred by the Firm from November 16, 2005 through June 29, 2007.

**B.  CASE STATUS**

1. Financial condition of chapter 7 estate.

2

1         a. Cash on hand or on deposit in the estate: $3,017.81 as of June 22, 2007.

2         b. To the best of the undersigned's knowledge, the only other unpaid chapter 7 administrative claims against the estate are this application for fees and the Trustee's claim for his compensation, allowed pursuant to 11 U.S.C. § 326.

        c. All funds of this estate are unencumbered.

   2. Summary of case administration.

        a. The Trustee has not made any distributions in this case.

        b. No interim distributions to creditors are currently feasible or appropriate. The Trustee plans to file his closing report as soon as he completes some final tasks for the estate.

**C. PROJECT SUMMARY**

        a.    Attorneys' projects, benefits derived and status:

CMPBG initiated an adversary complaint against Debtor for turnover of pre-petition payment of monies. CMPBG negotiated the settlement of that adversary with Debtor.

        b.    Working attorney/paralegal summary: See cover sheet filed concurrently herewith.

        c.    Summary of hours spent and compensation requested: See the cover sheet filed concurrently herewith.

        d.    Itemized time entries: See Exhibit A.

**D. EVALUATION STANDARDS**

The detailed billing summaries contained in Exhibit A are believed by the undersigned to be sufficiently detailed to enable this Court and the office of the United States Trustee to satisfy the analysis requirements of 11 U.S.C. § 330(a).

**E. CERTIFICATION**

As noted by the Trustee's signature below, the Trustee has reviewed and approved this application and the amount of the charges sought to be paid by the Trustee's counsel.

\ \ \ \

3

## F. REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES

The expenses sought to be reimbursed herein are of the kinds and amounts customarily charged to the applicant's non-bankruptcy clients. Copying charges are billed by the firm at the rate of 10 cents per page. Mileage is charged at the federal rate per mile. The firm's phone, facsimile and postage charges were charged at the actual costs to the applicant, except where such charges were absorbed by the applicant as general office overhead not billed to this estate.

WHEREFORE, it is respectfully requested that the Court enter an order allowing and directing the Trustee to pay to CMPBG its fees and expenses. CMPBG's fees totaled $5,485.00 and its costs were in the amount of $105.44.

Respectfully submitted this 28 day of June, 2007.

COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.

By _____
Daniel P. Collins
Theodore P. Witthoft
Attorneys for Trustee, David A. Birdsell

Copy of the foregoing mailed
this 29th day of June, 2007, to:

United States Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706

David A. Birdsell
216 North Center
Mesa, Arizona 85201
Trustee

Robert Beucler, Esq.
Phillips & Associates
3030 North Third Street, Suite 1101
Phoenix, Arizona 85012
Attorneys for Debtor

4

1  Thomas J. Haggerty
2  Box 210
   6929 North Hayden Road, #C4
3  Scottsdale, Arizona 85252
   Debtor
4

5

6  /s/ [signature]

7

8

9     I have read the foregoing application and exhibits, and hereby approve the application
10 and the amounts sought herein.

11
12  _6/27/07_                            _[signature]_____
13  Dated                                David A. Birdsell, Chapter 7 Trustee

14
15
16
17
18
19
20
21
22
23
24
25
26

## Collins May Potenza Baran & Gillespie PC
2210 Chase Tower
201 North Central Avenue
Phoenix, Arizona 85004-0022

(602) 252-1900

| | |
|---|---|
| David A. Birdsell, Trustee | June 22, 2007 |
| 216 North Center | File #: 928-106 |
| Mesa, AZ 85201 | Inv #: Sample |

Attention:

RE: Haggerty, Thomas J.

### SUMMARY BY TIMEKEEPER

| | | | This Invoice | | Cumulative | |
|---|---|---|---|---|---|---|
| **Timekeeper** | **Category** | **Rate** | **Hours** | **Amount** | **Hours** | **Amount** |
| Daniel P. Collins | Senior Partner | 280.00 | 1.20 | 336.00 | 1.20 | 336.00 |
| Ted P. Witthoft | Associate | 185.00 | 25.40 | 4,699.00 | 25.40 | 4,699.00 |
| Denine R. Downs | Paralegal | 125.00 | 3.60 | 450.00 | 3.60 | 450.00 |
| **Total** | | | **30.20** | **$5,485.00** | **30.20** | **$5,485.00** |

### DISBURSEMENT SUMMARY

| | | |
|---|---|---|
| E101 | Photocopying | 16.90 |
| E108 | Postage | 18.17 |
| E124 | Other | 70.37 |
| | Total Disbursements | $105.44 |

| Date | Description | Lawyer | Hours | Amount | Task |
|---|---|---|---|---|---|
| Nov-16-05 | E-mail from trustee regarding vehicle issue and bank transactions (.20); analyze defendant's schedules, statements, and documents produced to trustee regarding sale of duplex, bank transfers, referral commission, and Jack Haggerty company (1.50); research lien issues (.60). | TPW | 2.30 | 425.50 | B004 |
| Nov-21-05 | Review bankruptcy docket, download and print (.1); prepare notice of appearance (.2). | DRD | 0.30 | 37.50 | B004 |
| Nov-21-05 | Convert notice of appearance to pdf format and electronically file with bankruptcy court, copy and mail (.2); add client to creditor matrix (.1). | DRD | 0.30 | 37.50 | B004 |
| Nov-30-05 | Prepare motion for rule 2004 examination of debtor and order. | DRD | 0.40 | 50.00 | B004 |
| Dec-20-05 | Amend 2004 motion, order, and Exhibit A (.70). | TPW | 0.70 | 129.50 | B004 |
| Jan-20-06 | Telephone call from defendant's attorney regarding documents for 2004 exam (.20); analyze case issues in preparation for 2004 exam (.30). | TPW | 0.50 | 92.50 | B004 |
| May-11-06 | Analyze schedules and documents provided by Defendant (.50); telephone call to Defendant's attorney regarding case issues (.50); memorandum to Defendant's attorney (.50). | TPW | 1.50 | 277.50 | B004 |
| Jul-18-06 | Telephone call to Bob Beucler regarding case issues (.20); email to Bob Beucler regarding 2004 exam (.20). | TPW | 0.40 | 74.00 | B004 |
| Aug-21-06 | Prepare for 2004 examination of debtor Haggerty (2.00). | TPW | 2.00 | 370.00 | B004 |
| Aug-22-06 | 2004 exam (1.50); memorandum regarding 2004 exam (.50). | TPW | 2.00 | 370.00 | B004 |
| Aug-30-06 | Analysis regarding gambling as fraudulent transfer. | DPC | 0.20 | 56.00 | B004 |
| Aug-30-06 | Meeting with attorney Collins regarding case issues (.20). | TPW | 0.20 | 37.00 | B004 |
| Sep-06-06 | Conference with trustee regarding 727/542 actions. | DPC | 0.30 | 84.00 | B004 |
| Sep-06-06 | Meeting with trustee regarding case issues. | TPW | 0.40 | 74.00 | B004 |
| Nov-02-06 | Numerous telephone calls to and from Bob Beucler regarding settlement offer (.50); email settlement | TPW | 0.80 | 148.00 | B004 |

| Date | Description | Initials | Hours | Amount | Code |
|---|---|---|---|---|---|
| | offer to trustee; analyze amendments to statement of financial affairs (.30). | | | | |
| Nov-20-06 | Email to debtor's attorney regarding settlement offer (.30); analyze case law regarding § 727 action (1.20). | TPW | 1.50 | 277.50 | B004 |
| Nov-29-06 | Analysis regarding garnishment settlement; telephone call from trustee regarding same. | DPC | 0.30 | 84.00 | B004 |
| Dec-15-06 | Telephone call to David A. Birdsell regarding $20,000.00 over two years. | DPC | 0.10 | 28.00 | B004 |
| Dec-15-06 | Prepare joint motion to approve settlement and notice thereof (2.00). | TPW | 2.00 | 370.00 | B004 |
| Dec-19-06 | Amend settlement order (.50); telephone call to and from Bob Beucler regarding settlement (.30); memorandum regarding case issues (.20). | TPW | 1.00 | 185.00 | B004 |
| Jan-03-07 | Email to debtor's attorney regarding settlement (.20); email from debtor's attorney regarding settlement (.20); amend notice and order (.60). | TPW | 1.00 | 185.00 | B004 |
| Jan-05-07 | Amend notice to approve settlement (.80); letter to Bob Beucler regarding settlement (.20); memorandum regarding final case issues (.50). | TPW | 1.50 | 277.50 | B004 |
| Jun-22-07 | Revise fee application and prepare email to D. Birdsell transmitting fee application for review and signature. | DRD | 0.30 | 37.50 | B004 |
| Nov-21-05 | Prepare trustee's application to employ counsel, affidavit of T. Witthoft and form of order (.3). | DRD | 0.30 | 37.50 | B007 |
| Nov-21-05 | Convert trustee's application to employ counsel, affidavit of T. Witthoft and form of order to pdf format, electronically file application and affidavit, and upload order, copy and mail to interested parties (.3). | DRD | 0.30 | 37.50 | B007 |
| Jun-22-07 | Revise prebill (.3); draft fee summary and fee application (1.0). | DRD | 1.30 | 162.50 | B007 |
| Jun-29-07 | Scan and convert fee application to pdf format, electronically file with bankruptcy court, copy and mail to interested parties. | DRD | 0.40 | 50.00 | B007 |
| Nov-01-06 | Prepare and amend affidavit of service (.30). | TPW | 0.30 | 55.50 | B020 |
| Apr-23-07 | Email from trustee's office regarding debtor's default (.10); prepare notice of default (.20). | TPW | 0.30 | 55.50 | B020 |

| Date | Description | Atty | Hours | Amount | Code |
|---|---|---|---|---|---|
| Dec-30-05 | Analyze order for 2004 exam (.10); letter to defendant's attorney regarding 2004 exam (.40). | TPW | 0.50 | 92.50 | B040 |
| Aug-23-06 | Analysis regarding fraudulent transfer to bookie. | DPC | 0.30 | 84.00 | B040 |
| Oct-09-06 | Research debtor's entitlement to discharge given failure to disclose gambling issue (1.50); prepare complaint for turnover and revocation of discharge (1.50). | TPW | 3.00 | 555.00 | B055 |
| Nov-28-06 | Research fraudulent transfer issue regarding payment to bookie; numerous emails and telephone calls to debtor's attorney regarding research (1.50). | TPW | 1.50 | 277.50 | B055 |
| Jan-08-07 | Amend notice/order and joint motion (1.00). | TPW | 1.00 | 185.00 | B055 |
| Feb-02-07 | Prepare order regarding settlement (.60); prepare certificate of no objection (.40). | TPW | 1.00 | 185.00 | B055 |
| | Totals | | 30.20 | $5,485.00 | |

| DISBURSEMENTS | | Disbursements | Receipts |
|---|---|---|---|
| Dec-31-05 | Photocopying | 6.40 | |
| Dec-31-05 | Photocopying | 1.40 | |
| Dec-31-05 | Postage | 2.40 | |
| Dec-31-05 | Postage | 3.32 | |
| Jun-30-06 | Other : PACER: Court Online Access Fee. | 1.28 | |
| Jul-31-06 | Other : Postage Expense | 3.51 | |
| Jul-31-06 | Other : Photocopy Expense | 1.00 | |
| Oct-31-06 | Photocopying | 3.50 | |
| Oct-31-06 | Other Postage | 11.02 | |
| Dec-31-06 | Other : PACER: Court Online Access Fee. | 6.88 | |
| Dec-31-06 | Other PACER: Court Online Access Fee. | 2.88 | |
| Jan-05-07 | Other : Research Service | 42.12 | |
| Jan-31-07 | Photocopying | 4.60 | |
| Jan-31-07 | Postage | 8.37 | |

| Date | Description | Amount | |
|---|---|---|---|
| Feb-28-07 | Postage | 2.52 | |
| Mar-30-07 | Photocopying | 1.00 | |
| Apr-30-07 | Postage | 1.56 | |
| Apr-30-07 | Other Pacer On Line Search | 0.08 | |
| Apr-30-07 | Other Pacer On Line Search | 1.04 | |
| Apr-30-07 | Other Pacer Online Search | 0.56 | |
| | Totals | $105.44 | $0.00 |

| | | |
|---|---|---|
| **Total Fees & Disbursements** | | **$5,590.44** |
| Previous Balance | | $0.00 |
| Previous Payments | | $0.00 |
| **Balance Due Now** | | **$5,590.44** |

## SUMMARY BY TASK

| Task | | Effective Rate | Hours | Amount |
|---|---|---|---|---|
| B004 | Case Administration | $185.38 | 20.00 | 3,707.50 |
| B007 | Fee/Employment Applications | $125.00 | 2.30 | 287.50 |
| B020 | Stay Litigation 1 | $185.00 | 0.60 | 111.00 |
| B040 | Transfer Avoidance Litigation 1 | $220.63 | 0.80 | 176.50 |
| B055 | Turnover Litigation | $185.00 | 6.50 | 1,202.50 |
| **Grand Total** | | | **30.20** | **$5,485.00** |