**SO ORDERED.**

**Dated: April 24, 2009**



_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| THOMAS J. HAGGERTY, | No. 2:05-bk-17574-CGC |
| Debtor. | **JUDGMENT** |

This matter having been brought before the Court by the Chapter 7 trustee, David A. Birdsell ("Trustee"), on the *Trustee's Motion: (1) for Monetary Judgment against Debtor; and (2) for Judgment Revoking Discharge of Debtor* ("Motion"); The Motion having been filed pursuant to the terms of the *Order Approving Joint Motion to Approve Settlement* ("Order") dated February 5, 2007 and entered by the Court at adversary no. 2:06-ap-00891; the Debtor having defaulted under the terms of the Order; and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

A. The Motion is approved;

B. Judgment is hereby entered in the favor of the Trustee and against Thomas J. Haggerty ("Debtor") in the amount of $15,000, plus interest at ten percent (10%) per annum until paid ("Judgment Amount");

C. The Judgment Amount against Debtor is deemed nondischargeable, pursuant to 11 U.S.C. § 523; and

D. Debtor's discharge is hereby revoked, pursuant to 11 U.S.C. § 727.

**SIGNED AND DATED ABOVE**

1